IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

JOHNNY R. COLON,
    Plaintiff,

vs.                              Case No.:  3:08cv453/LAC/EMT

DAVID ELLIS, et al.,
      Defendants.
_____/

## REPORT AND RECOMMENDATION

        This matter is before the court on Plaintiff's "Motion to Withdraw" the instant civil rights case, filed pursuant to 42 U.S.C. § 1983, without prejudice (Doc. 9).  The court construes the motion as a notice of voluntary dismissal.

        Rule 41(a)(1)(A)(i) provides that an action may be dismissed without an order of the court by filing a notice of dismissal at any time before the adverse party serves an answer or files a motion for summary judgment.  Because Defendants have not yet been served in the instant case, it is clear that Plaintiff is automatically entitled to a voluntary dismissal at this time.

        Accordingly, it is respectfully **RECOMMENDED**:

        That Plaintiff's notice of voluntary dismissal (Doc. 9) be **GRANTED** and this case be **DISMISSED without prejudice**.

        At Pensacola, Florida, this 12th day of December 2008.

        /s/ *Elizabeth M. Timothy*
        **ELIZABETH M. TIMOTHY**
        **UNITED STATES MAGISTRATE JUDGE**

## NOTICE TO THE PARTIES

Objections to these proposed findings and recommendations may be filed within ten (10) days after being served a copy thereof.  <u>Any different deadline that may appear on the electronic docket is for the court's internal use only</u>.  A copy of objections shall be served upon the magistrate judge and all other parties.  Failure to object may limit the scope of appellate review of factual findings.  *See* 28 U.S.C. § 636; <u>United States v. Roberts</u>, 858 F.2d 698, 701 (11th Cir. 1988).

Case No.:  3:08cv453/LAC/EMT